# JONES DAY

3161 MICHELSON DRIVE • SUITE 800 • IRVINE, CALIFORNIA  92612.4408

TELEPHONE: +1.949.851.3939 • FACSIMILE: +1.949.553.7539

Direct Number:  (949) 553-7516
javogt@jonesday.com

July 31, 2019

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Selvam v. Experian Information Solutions, Inc.*,
         No. 12-CV-1828 (DLI)(JO) (E.D.N.Y.)

Dear Chief Judge Irizarry:

We represent Defendant Experian Information Solutions, Inc. ("Experian") and write regarding the upcoming September 4, 2019 pretrial conference.  As noted in the proposed joint pretrial order (ECF No. 134), Experian will be represented at trial by Richard Grabowski, Andrew Kleinfeld and myself.  I plan to travel from California to participate in the pretrial conference on behalf of Experian, and will be joined by Mr. Kleinfeld.  Mr. Grabowski, like me, is based in California.  Recognizing that Your Honor's Individual Rules require trial counsel to attend the pretrial conference, we respectfully request that Mr. Grabowski be excused from the conference so that Experian may avoid the costs and burdens associated with two attorneys traveling cross-country.  We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ John A. Vogt*

John A. Vogt

cc:     Plaintiff Kamaladoss Selvam (via ECF)