**JONES DAY**

3161 MICHELSON DRIVE • SUITE 800 • IRVINE, CALIFORNIA  92612.4408

TELEPHONE: +1.949.851.3939 • FACSIMILE: +1.949.553.7539

Direct Number:  (949) 553-7516
javogt@jonesday.com

September 18, 2019

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Selvam v. Experian Information Solutions, Inc.*,
             No. 12-CV-1828 (DLI)(JO) (E.D.N.Y.)

Dear Chief Judge Irizarry:

      We represent Defendant Experian Information Solutions, Inc.  Today, the Plaintiff, Kamaladoss Selvam, sent us an e-mail notifying us that he will be out of the country due to a family emergency for the next 4-6 months, and will not have access to email during that time.  For this reason, he requested that Experian re-set the deadlines on its forthcoming motion to dismiss.  Experian's opening papers are currently due to be served on September 25, 2019, Selvam's opposition is due to be served on October 23, 2019, and Experian's reply is due to be served and filed with the rest of the motion pursuant to the bundling rule on November 6, 2019.  (See Text Only Order dated Sept. 17, 2019.)  A copy of Mr. Selvam's e-mail is enclosed.

      Experian does not object to this request.  Experian proposes that the Court vacate the filing deadlines on the motion to dismiss, and order the parties to submit a joint status report on or before January 17, 2020—which is four months from today—regarding Mr. Selvam's situation.  This is the first request to stay deadlines associated with this motion.

      We thank the Court for its consideration.

                                            Respectfully submitted,

                                            */s/ John A. Vogt*

                                            John A. Vogt

Enclosure

cc:    Plaintiff Kamaladoss Selvam (via ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON