# Kleinfeld, Andrew S.

| | |
|---|---|
| **From:** | Kamaladoss Selvam <kamaladosss@yahoo.com> |
| **Sent:** | Wednesday, September 18, 2019 9:41 AM |
| **To:** | Kleinfeld, Andrew S. |
| **Subject:** | Selvam v Experian |

Mr.Kleinfeld,

Due to family emergency I will be away for 4-6 months.

Please inform the Court and reschedule the motion dates accordingly.

I will not be able to check email during this time.

Thanks

Regards.