UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMALADOSS V. SELVAM,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 12-CV-01828 (DLI)(JO) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kamaladoss Selvam and Defendant Experian Information Solutions, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that this action should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 15, 2020

_____
Kamaladoss Selvam
P.O. Box 863695
Ridgewood, NY 11385
Tel: (718) 541-2175
Email: kamaladosss@yahoo.com

*Plaintiff*

Respectfully submitted,

_____
JONES DAY
Richard J. Grabowski (admitted *pro hac vice*)
John A. Vogt (admitted *pro hac vice*)
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: (949) 851-3939
Email: rgrabowski@jonesday.com
        javogt@jonesday.com

Andrew S. Kleinfeld
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3939
Email: askleinfeld@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*